IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEANNE MORTON,<br><br>Plaintiff,<br><br>vs.<br><br>DAWSON TIRE & WHEEL, LLC,<br><br>Defendant. | **7:22CV5001**<br><br>**ORDER TO SHOW CAUSE** |

On March 30, 2022, the Court entered an order (Filing No. 8) which required the parties to file a Rule 26(f) Report on April 27, 2022. Plaintiff has not complied, and has not explained the failure to comply with the court's order.

Accordingly,

IT IS ORDERED that Plaintiff is given until May 12, 2022 to show cause why the court should not dismiss for want of prosecution the claims brought by Plaintiff. The failure to timely comply with this order may result in dismissal of the claims filed by Plaintiff without further notice.

Dated this 28th day of April, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*

United States Magistrate Judge