IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEANNE MORTON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DAWSON TIRE & WHEEL, LLC,<br><br>　　　　　Defendant. | **7:22CV5001**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 17). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with each party to pay its own costs and attorneys' fees.

Dated this 26th day of July, 2022.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　Senior United States District Judge